**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Arnulfo RODRIGUEZ, Defendant–**
**Appellant.**

No. 06–10369
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

J. Michael Worley, Assistant U.S. Attorney, Nancy E. Larson, Assistant U.S. At-

torney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Arnulfo Rodriguez, Federal Medical Center Fort Worth, Fort Worth, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Arnulfo Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.